IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00542-ZLW-CBS

JEHN-AI JACKSON,

    Plaintiff,

v.

M.R.S. ASSOCIATES INC.,
a New Jersey corporation,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to File The First Amended Complaint and Jury Demand *(doc. # 8)* is GRANTED.  Plaintiff's First Amended Complaint and Jury Demand *(doc. # 8-2)*, tendered to the court on July 21, 2009, is accepted for filing as of the date of this order.

**DATED:**    July 23, 2009