**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00542-ZLW-CBS

JEHN-AI JACKSON,

        Plaintiff,

v.

M.R.S. ASSOCIATES INC., a New Jersey corporation, and,
LVNV FUNDING, LLC, a Delaware limited liability company,

        Defendants.

---

## FIRST AMENDED COMPLAINT AND JURY DEMAND

---

### JURISDICTION

1.     Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2.     This action arises out of the Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter the "FDCPA").

### VENUE

3.     Venue is proper in this Judicial District because the acts and transactions occurred in this Judicial District.

4.     The Plaintiff resides in this Judicial District.

5.     Defendant, M.R.S. Associates Inc., (hereinafter: "MRS") transacts business in this Judicial District.

6.     Defendant, LVNV Funding, LLC, (hereinafter: "LVNV") transacts business in this Judicial District.

## PARTIES

7.      Plaintiff, Jehn-ai Jackson, is a natural person.

8.      The Plaintiff resides in the City of Denver, County of Denver, State of Colorado.

9.      The Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

10.     MRS is a New Jersey corporation operating from an address at 3 Executive Campus, Suite 400, Cherry Hills, New Jersey, 08002.

11.     MRS's registered agent in the state of Colorado is Irvin A. Borenstein, Esq., 3025 S. Parker Road, Suite 711, Aurora, Colorado, 80014.

12.     MRS is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.     MRS is licensed as a collection agency by the state of Colorado.

14.     The principal purpose of MRS is the collection of debts using the mails and telephone.

15.     MRS regularly attempts to collect debts alleged to be due another.

16.     LVNV is a Delaware limited liability company operating from an address at 625 Pilot Road, Suite 2, Las Vegas, Nevada, 89119.

17.     LVNV's registered agent in the state of Colorado is The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado, 80202.

18.     LVNV is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

19.     LVNV is licensed as a collection agency by the state of Colorado.

20.     The principal purpose of LVNV is the collection of debts using the mails and telephone.

21.     LVNV regularly attempts to collect debts alleged to be due another.

2

## FACTUAL ALLEGATIONS

22.    Sometime before June 2008 the Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes namely an amount due and owing on a personal account owed on a Credit One Bank, N.A. account (hereinafter the "Account").

23.    The Account is a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

24.    The Account went into default with Credit One Bank, N.A..

25.    LVNV is the business of purchasing delinquent consumer accounts, typically paying no more than five cents on the dollar. LVNV then collects the accounts or hires other entities to collect the accounts.

26.    LVNV claims to have purchased the Account.

27.    LVNV hired MRS to collect the Account.

28.    LVNV placed or otherwise transferred the Account to MRS for collection from the Plaintiff.

29.    LVNV was acting as a debt collector as to the Account it attempted to collect from the Plaintiff through its agent, MRS.

30.    The Account was sent to MRS on or about December 2008.

31.    The Account was received by MRS on or about December 2008.

32.    The Plaintiff disputes the Account.

33.    The Plaintiff requests the Defendants cease all communication on the Account.

34.   In the year prior to the filing of the instant action the Plaintiff received telephone calls and voicemail message(s) from MRS and / or representatives, employees and / or agents of MRS who were attempting to collect the Account.

35.   In December 2008 and January 2009 the Plaintiff received telephone calls and voicemail message(s) from MRS and / or representatives, employees and / or agents of MRS who were attempting to collect the Account.

36.   The Plaintiff called MRS and / or representatives, employees and / or agents of MRS in response to the telephone calls and voicemail messages in the year prior to the filing of the instant action.

37.   In December 2008 and February 2009 the Plaintiff called MRS and / or representatives, employees and / or agents of MRS in response to the telephone calls and voicemail messages.

38.   The telephone calls and voicemail messages each individually constituted a "communication" as defined by FDCPA § 1692a(2).

39.   The only reason that MRS and / or representatives, employees and / or agents of MRS made telephone calls to the Plaintiff was to attempt to collect the Account.

40.   The only reason that MRS and / or representatives, employees and / or agents of MRS had telephone conversations with the Plaintiff was to attempt to collect the Account.

41.   The only reason that MRS and / or representatives, employees and / or agents of MRS left voicemail messages for the Plaintiff was to attempt to collect the Account.

42. During the telephone calls MRS and / or representatives, employees and / or agents of MRS attempting to collect the Account falsely threatened to take the Plaintiff to Court.

43. During the telephone calls MRS and / or representatives, employees and / or agents of MRS attempting to collect the Account falsely threatened to garnish the Plaintiff's wages.

44. In the year prior to the filing of the instant action MRS and / or representatives, employees and / or agents of MRS attempting to collect the Account called the Plaintiff at her place of employment after the Plaintiff told MRS and / or representatives, employees and / or agents of MRS to stop calling her at work and that she is not allowed to receive personal calls at work.

45. In the year prior to the filing of the instant action MRS and / or representatives, employees and / or agents of MRS, without the Plaintiff's authorization, illegally seized money from the Plaintiff's bank account while attempting to collect the Account.

46. MRS was sued 15 times in the U.S. District Court(s) for alleged FDCPA violations between January 1, 2008 and July 16, 2009 under the name M.R.S. Associates Inc. and M.R.S. Associates, Inc..

47. MRS was sued over 40 times in the U.S. District Court(s) for alleged FDCPA violations between January 1, 2007 and July 16, 2009 under the name MRS Associates, MRS Associates Inc., M.R.S. Associates, Inc., MRS Associates Incorporated of New Jersey and MRS Associates, Incorporated.

48.  Jeff Festa filed a Complaint against MRS on January 21, 2009 in the U.S. District Court for the District of Colorado, Case number: 09-cv-00109-PAB-MEH.

49.  The Complaint alleges FDCPA violations by MRS.

50.  Terrance Hitsman filed a Complaint against MRS on February 19, 2009 in the U.S. District Court for the Western District of Michigan, Case number: 09-cv-00149-JTN.

51.  The Complaint alleges FDCPA violations by MRS.

52.  Matthew Hitsman filed a Complaint against MRS on March 17, 2008 in the U.S. District Court for the Western District of Michigan, Case number: 08-cv-00261-RAE.

53.  The Complaint alleges FDCPA violations by MRS.

54.  Shannon Guay and Aileen Brom filed a Complaint against MRS on June 11, 2009 in the U.S. District Court for the Western District of Michigan, Case number: 09-cv-00544-RHB.

55.  The Complaint alleges FDCPA violations by MRS.

56.  Denea Farmer filed a Complaint against MRS on April 16, 2008 in the U.S. District Court for the District of Colorado, Case number: 08-cv-00767-WYD-KMT.

57.  The Complaint alleges FDCPA violations by MRS.

58.  Cara Dailey filed a Complaint against MRS on June 6, 2008 in the U.S. District Court for the District of Colorado, Case number: 08-cv-01203-EWN-BNB.

59.  The Complaint alleges FDCPA violations by MRS.

60. Yvonne Madrid filed a Complaint against MRS on July 10, 2008 in the U.S. District Court for the District of Colorado, Case number: 08-cv-01448-RPM-MJW.

61. The Complaint alleges FDCPA violations by MRS.

62. Gale Cooper filed a Complaint against MRS on November 12, 2008 in the U.S. District Court for the District of Colorado, Case number: 08-cv-02461-MSK-CBS.

63. The Complaint alleges FDCPA violations by MRS.

64. Glenda Peacock filed a Complaint against MRS on January 12, 2009 in the U.S. District Court for the Western District of Missouri, Case number: 09-cv-00020-FJG.

65. The Complaint alleges FDCPA violations by MRS.

66. Miles Heisler filed a Complaint against MRS on December 11, 2008 in the U.S. District Court for the Western District of Wisconsin, Case number: 08-cv-00722-slc.

67. The Complaint alleges FDCPA violations by MRS.

68. Robert W. Zuchowski filed a Complaint against MRS on April 4, 2008 in the U.S. District Court for the Northern District of California, Case number: 08-cv-01825-JF.

69. The Complaint alleges FDCPA violations by MRS.

70. Alejandro L. Moya filed a Complaint against MRS on May 8, 2009 in the U.S. District Court for the Northern District of California, Case number: 09-cv-02049-MMC.

71. The Complaint alleges FDCPA violations by MRS.

72. Damion D. Bramwell, Jeremy J. Estrella, Robert H. Gardner, Sr., April Yarborough Koby, Michael P. Koby, Karl W. Krug and Jeri B. Schwebs filed a Complaint against MRS on October 21, 2008 in the U.S. District Court for the District of New Jersey, Case number: 08-cv-05186-JHR-AMD.

73. The Complaint alleges FDCPA violations by MRS.

74. Morton Lucoff filed a Complaint against MRS on October 30, 2008 in the U.S. District Court for the Southern District of Florida, Case number: 08-cv-023026-JAL.

75. The Complaint alleges FDCPA violations by MRS.

76. Susan McGinley filed a Complaint against MRS on June 23, 2009 in the U.S. District Court for the Middle District of Pennsylvania, Case number: 09-cv-01197-EMK.

77. The Complaint alleges FDCPA violations by MRS.

78. Okemia Williams and Keith Williams filed a Complaint against MRS on September 9, 2008 in the U.S. District Court for the District of Arizona, Case number: 08-cv-01661-GMS.

79. The Complaint alleges FDCPA violations by MRS.

80. Mary E. Wolfe filed a Complaint against MRS on June 24, 2008 in the U.S. District Court for the Northern District of Illinois, Case number: 08-cv-03595-JWD.

81. The Complaint alleges FDCPA violations by MRS.

82.  Sheila C. Gehlmann filed a Complaint against MRS on April 14, 2008 in the U.S. District Court for the District of New Jersey, Case number: 08-cv-01830-NLH-AMD.

83.  The Complaint alleges FDCPA violations by MRS.

84.  Cynthia Wanek filed a Complaint against MRS on July 1, 2009 in the U.S. District Court for the Southern District of Ohio, Case number: 09-cv-00460-SAS-TAH.

85.  The Complaint alleges FDCPA violations by MRS.

86.  Milica Markovic filed a Complaint against MRS on May 12, 2009 in the U.S. District Court for the Central District of California, Case number: 09-cv-03369-AHM-PJW.

87.  The Complaint alleges FDCPA violations by MRS.

88.  Trista Pannill filed a Complaint against MRS on April 14, 2008 in the U.S. District Court for the Eastern District of Michigan, Case number: 08-cv-11591-BAF-PJK.

89.  The Complaint alleges FDCPA violations by MRS.

90.  Dwight T. Webb filed a Complaint against MRS on January 22, 2009 in the U.S. District Court for the Middle District of Florida, Case number: 09-cv-00099-JDW-EAJ.

91.  The Complaint alleges FDCPA violations by MRS.

92.  A Complaint was filed against MRS on February 7, 2008 in the U.S. District Court for the Middle District of Florida, Case number: 08-cv-00204.

93.  The Complaint alleges FDCPA violations by MRS.

94.   A Complaint was filed against MRS on May 28, 2009 in the U.S. District Court for the Western District of Wisconsin, Case number: 09-cv-00338.

95.   The Complaint alleges FDCPA violations by MRS.

96.   A Complaint was filed against MRS on January 26, 2009 in the U.S. District Court for the District of New Jersey, Case number: 09-cv-00349.

97.   The Complaint alleges FDCPA violations by MRS.

98.   A Complaint was filed against MRS on July 7, 2009 in the U.S. District Court for the District of Arizona, Case number: 09-cv-00380.

99.   The Complaint alleges FDCPA violations by MRS.

100.   A Complaint was filed against MRS on May 30, 2008 in the U.S. District Court for the Western District of New York, Case number: 08-cv-00397.

101.   The Complaint alleges FDCPA violations by MRS.

102.   A Complaint was filed against MRS on December 30, 2008 in the U.S. District Court for the District of Rhode Island, Case number: 08-cv-00539.

103.   The Complaint alleges FDCPA violations by MRS.

104.   The FDCPA is a strict liability statute.

105.   The FDCPA provides one defense to liability under the statute.

106.   The FDCPA provides the defense at 15 U.S.C. 1692k(c).

107.   15 U.S.C. 1692k(c) states:

"A debt collector may not be held liable in any action brought under this title if the debt collector shows by a preponderance of evidence that the violation was not

intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error."

108.   The defense provided at 15 U.S.C. 1692k(c) does not apply to MRS.

109.   MRS's violations of the FDCPA were intentional.

110.   MRS does not maintain procedures reasonably adapted to avoid the FDCPA violations claimed by the Plaintiff.

111.   The lawsuits listed above filed against MRS in U.S. District Court(s) across the United States show that MRS has made violating the FDCPA part of its business practice.

112.   FDCPA 15 U.S.C. 1692k(a) and (a)(2)(A) provides for statutory damages not exceeding $1,000.00 against a debt collector who fails to comply with the FDCPA.

113.   FDCPA 15 U.S.C. 1692k(b) states: "In determining the amount of liability in any action under subsection (a), the court shall consider, among other relevant factors –"

114.   FDCPA 15 U.S.C. 1692k(b)(1) states: "in any individual action under subsection (a)(2)(A), the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extent to which such noncompliance was intentional; or"

115.   The Plaintiff submits that she is entitled to statutory damages of $1,000.00 as the Plaintiff has shown by the facts in the present case as well as the other cases listed above the frequency and persistence of MRS's noncompliance, the nature

of MRS's noncompliance and the extent to which MRS's noncompliance is intentional.

116. No legal action(s) have been filed on the Account.

117. No legal action(s) have been filed on the Account by the Defendants.

118. No judgments have been entered on the Account.

119. No writ of garnishments have been entered on the Account.

120. The Defendants have not garnished the Plaintiff's wages.

121. The Defendants kept written and / or typed computer records of all telephone contacts by the Defendants and / or representatives, employees and / or agents of the Defendants with the Plaintiff and any third parties on the Account as well as any voicemail messages left for the Plaintiff by the Defendants and / or representatives, employees and / or agents of the Defendants.

122. MRS's account notes for the Account - MRS00001 through and including MRS00009 are attached as **Exhibit A**.

123. The top of page one of MRS's account notes, MRS00001, includes "Account: 12830287".

124. 12830287 is the account number of the Account at MRS.

125. MRS's account notes attached hereto as **Exhibit A** is a genuine document.

126. MRS's account notes attached hereto as **Exhibit A** are a business record of MRS.

127.  The statements and actions were undertaken by the Defendants and their representatives, employees and / or agents as part of a campaign of abusive and unlawful collection tactics directed at the Plaintiff.

128.  The Defendants and their representatives, employees and / or agents statements and actions constitute illegal communication in connection with debt collection and therefore violate FDCPA 1692c(a)(1) and c(a)(3).

129.  The Defendants and their representatives, employees and / or agents statements and actions constitute harassment or abuse and therefore violate FDCPA 1692d preface and d(2).

130.  The Defendants and their representatives, employees and / or agents statements and actions constitute false and misleading representations and means and violate FDCPA 1692e preface, e(2)(A), e(3), e(4), e(5), e(7), e(10) and e(11).

131.  The Defendants and their representatives, employees and / or agents statements and actions constitute unfair or unconscionable means to collect or attempt to collect a debt and violate FDCPA 1692f preface.

132.  The Defendants' statements and actions as well as that of their representatives, employees and / or agents were attempts to frighten, harass and abuse the Plaintiff into paying the alleged debt.

133.  The Defendants' statements and actions as well as that of their representatives, employees and / or agents were willful and intentional violations of the FDCPA.

134.  As a consequence of the Defendants' collection activities and

communications, the Plaintiff has sustained actual damages.

## RESPONDEAT SUPERIOR

135.   The representatives and / or collectors at MRS were employees of and agents for MRS at all times mentioned herein.

136.   The representatives and / or collectors at MRS were acting within the course of their employment at all times mentioned herein.

137.   The representatives and / or collectors at MRS were acting within the scope of their employment at all times mentioned herein.

138.   The representatives and / or collectors at MRS were under the direct supervision and control of MRS at all times mentioned herein.

139.   The actions of the representatives and / or collectors at MRS are imputed to their employer, MRS.

140.   As a direct and proximate result of the aforesaid actions, the Plaintiff has suffered the aforementioned damages.

## RESPONDEAT SUPERIOR

141.   MRS was an agent for LVNV at all times mentioned herein.

142.   MRS was acting within the course of its employment with LVNV at all times mentioned herein.

143.   MRS was acting within the scope of its employment with LVNV at all times mentioned herein.

144.   MRS was under the supervision and control of LVNV at all times mentioned herein.

145.   The actions of MRS are imputed to LVNV.

146.   As a direct and proximate result of the aforesaid actions, the Plaintiff has suffered the aforementioned damages.

### COUNT I, FDCPA VIOLATIONS

147.   The previous paragraphs are incorporated into this Count as if set forth in full.

148.   The acts and omissions of the Defendants and their representatives, employees and / or agents constitute numerous and multiple violations of the FDCPA, including but not limited to § 1692c(a)(1), c(a)(3), § 1692d preface, d(2),  § 1692e preface, e(2)(A), e(3), e(4), e(5), e(7), e(10), e(11) and § 1692f preface.

149.   The violations are multiple, willful and intentional.

150.   Pursuant to FDCPA section 1692k the Plaintiff is entitled to actual damages, statutory damages up to $1,000.00, reasonable attorney's fees and costs.

## JURY TRIAL DEMAND

The Plaintiff is entitled to and hereby demands a trial by jury.  U.S. Const. amend. 7.,

Fed. R. Civ. Pro. 38.

## PRAYER

**WHEREFORE**, the Plaintiff prays that the Court grants the following:

1.    Actual damages under 15 U.S.C. § 1692k(a)(1).

2.    Statutory damages of $1,000.00 under 15 U.S.C. § 1692k(a)(2)(A).

3.    Reasonable attorneys fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

4.    Such other and further relief as the Court deems just and proper.

Respectfully submitted,

 s/ David M. Larson
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
(719) 473-0006
Attorney for the Plaintiff

Account 12830287

```
JACKSON, JEHNAI                    SPOUSE:              PH:
                                   SSN   :              **AUXMASTER**
                                   LIC#  :              GOOD ADDRESS
DENVER, CO 80205                   REM CREDIT ONE BANK, N.A.
EMP                                  REM
ID   CO  T     CLIENT       R  LLS SC  DOR     DLP    SL  AMT REF    TOTAL
===================================================================================
ACCT#  12830287      STATUS CD XYR  CLERK  000      PIN 45716   AR
CLT    3209 -LVNV FUNDING LLC//BANKCARD SEC STRD               PB
CLT DEB#            4537        INT CD S-44              AI      4.76
FOR    328095585               DOR    120908            OC      0.00
FWD    CANCELLED 030309         DOS                      CC      0.00
LLS  PCC DC 0    CARD N REG 1   DLP    020309           AF      0.00
BC   W2  CF R    S-L 00 COL S3  JDT    022809           OV      0.00
REM                            INT        0.00    ACCT BAL
```

```
COLLECTOR SCREEN: (E)dit,(L)etter,(PE),(I)ntercept,(H)ist,'RET' to cont
```

Total History

```
JACKSON, JEHNAI                    SPOUSE:              PH:
                                   SSN   :              **AUXMASTER**
                                   LIC#  :              GOOD ADDRESS
DENVER, CO 80205                   REM CREDIT ONE BANK, N.A.
EMP                                  REM
ID   CO  T     CLIENT       R  LLS SC  DOR     DLP    SL  AMT REF    TOTAL
2008/12/09:00:00 MA12830287 DUE DILEGENCE LETTER: 1L20112830287
2008/12/09:14:27 AC12830287 COL:TD ; 1 FOR SPANISH:0; INT RATE:0.2000; LASTPAY
                            DT:10/23/2007; LASTPAY AMT:0000000100.00; LASTNSF
                            AMT:0000000000.00; CBR RPT:Y; CHRGOFF AMT:0000000535
                            .00; CHRGOFF DT:05/26/2008; LAST PURCH AMT:000000000
                            0.00; :ADLPHN; :ADLPHN; ORIGIN DT:03/20/2007
2008/12/09:14:51 MC12830287 COL:IT GLB PRIVACY NOTICE SENT
2008/12/09:23:44 MC12830287 COL:TD LEXIS-NEXIS RETURNED NO BNK OR DEC
2008/12/10:00:00 MA12830287 COL:LW NO ANSWER
2008/12/10:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2008/12/10:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2008/12/10:11:42 MC12830287 COL:S3 $$<DLR>$$ TR TT SIS SD DB NT IN N SO LM2CB
2008/12/10:12:46 MC12830287 COL:S3 T4644 REP SD DB NOT IN 2DAY ASKD TO CALL
                            2MORO MRNIN
2008/12/10:13:43 AC12830287 COL:TD CBR NUM '/204367269 7205191710 3038373493
2008/12/10:13:43 MC12830287 COL:TD Changed VicDialer Aux Field 22 To 7204367269.

0            RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A

MRS00001

```
JACKSON, JEHNAI                  SPOUSE:                    PH: (
                                 SSN   :                    **AUXMASTER**
                                 LIC#  :                    GOOD ADDRESS
DENVER, CO 80205                       REM CREDIT ONE BANK, N.A.
EMP                                    REM
ID  CO T     CLIENT          R LLS SC  DOR    DLP    SL  AMT REF    TOTAL

2008/12/10:13:43 MC12830287 COL:TD Changed VicDialer Aux Field 27 To 7205191710.

2008/12/10:13:43 MC12830287 COL:TD Changed VicDialer Aux Field 32 To 3038373493.

2008/12/10:14:48 AC12830287 COL:IT DIALER RESAULTS : NOT ATTEMPTED (NOT MADE)
                            12-09-2008 06:24:14 PM
2008/12/10:17:51 MC12830287 COL:LW TR NML
2008/12/12:00:00 MA12830287 COL:QI NO ANSWER
2008/12/12:00:00 MA12830287 COL:S3 CONTACTED RESIDENCE SHE WAS NON-COMMITTAL

2008/12/12:00:00 MA12830287 COL:S3 NO ANSWER
2008/12/12:16:47 MC12830287 COL:S3 $$<DLR>$$ TR TT DB MMQD INFMRD BIF SHE SD
                            CAN PAY HLF ON THE 16TH N ASKD TO CALL BCK FOR
                            THE DTAILS ON MNDAY VATG GAVE 3R'S EOC
2008/12/12:16:51 MC12830287 COL:S3 MOVE THS ACCT
2008/12/12:16:58 MC12830287 COL:QI *** $$ REV BY MGR QI $$ ***
16              RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

```
JACKSON, JEHNAI                  SPOUSE:                    PH: (
                                 SSN   :                    **AUXMASTER**
                                 LIC#  :                    GOOD ADDRESS
DENVER, CO 80205                       REM CREDIT ONE BANK, N.A.
EMP                                    REM
ID  CO T     CLIENT          R LLS SC  DOR    DLP    SL  AMT REF    TOTAL
2008/12/15:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2008/12/15:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2008/12/15:10:15 AC12830287 COL:EP 12.12.2008 13:08:27 INDIAL NO DIAL TONE
                            [3032486488]
2008/12/15:10:15 AC12830287 COL:EP 12.12.2008 13:10:53 INDIAL ANSWERING MACHINE
                            [3032486488]
2008/12/15:10:35 AC12830287 COL:EP 12.13.2008 11:13:46 INDIAL ABORT-CUSTOMER
                            HUNG UP ON HOLD [3032486488]
2008/12/15:12:15 MC12830287 COL:S3 TR LMOM
2008/12/15:12:17 MC12830287 COL:S3 T4644 REP SD DB NT IN ASKD TO CALL BCK
2008/12/16:00:00 MA12830287 COL:S3 CONTACTED RESIDENCE SHE PROMISED $256
2008/12/16:00:00 MA12830287 COL:S3 NO ANSWER
2008/12/16:18:37 MC12830287 COL:EP CREDIT CARD APPROVED FOR $256.00 : 12.16.2008
                            : ACCT: 12830287 - APC:00008704 - BY: CORP-NJ/lomes
                            h.vyas
2008/12/16:18:48 MC12830287 COL:S3 ICC#6488 DB CLLD IN MMQD INFRMD BIF SHE
                            SD CAN PAY $256 NW N WILL PAY NXT MNTH TUK DC INFO
32              RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A                                                                    MRS00002

JACKSON, JEHNAI                        SPOUSE :                      PH:
                                       SSN    :              ████     **AUXMASTER**
                                       LIC#   :                       GOOD ADDRESS
DENVER, CO 80205                            REM CREDIT ONE BANK, N.A.
EMP ████████████                             REM
ID  CO T      CLIENT              R LLS SC  DOR      DLP      SL AMT REF      TOTAL
                                 INFRMD PROC FEE VERIFIED BY QI
2008/12/17:00:00 MA12830287 COL:QI NO ANSWER
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
48        RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit

JACKSON, JEHNAI                        SPOUSE :                      PH:
                                       SSN    :              ████     **AUXMASTER**
                                       LIC#   :                       GOOD ADDRESS
DENVER, CO 80205                            REM CREDIT ONE BANK, N.A.
EMP ████████████                             REM
ID  CO T      CLIENT              R LLS SC  DOR      DLP      SL AMT REF      TOTAL
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$256.00 Prn:$203.93 Int:
                                 $52.
2008/12/17:13:02 MC12830287 COL:Q1 *** $$ REV BY MGR QI $$ *** VERIFD DC INFO!!
2008/12/17:16:46 AC12830287 COL:IT DIALER RESAULTS : MACHINE, LEFT MESSAGE
                                 12-10-2008 07:52:39 PM 12-10-2008 07:54:00 PM
2008/12/17:16:52 AC12830287 COL:IT DIALER RESAULTS : OPERATOR TRANSFER 12-16-200
                                 8 06:29:02 PM 12-16 2008 06:38:42 PM
2008/12/22:09:00 AC12830287 COL:TD Changed Account Field 26 To 279.31.
2008/12/22:09:00 AC12830287 COL:TD Changed Account Field 27 To 54.12.
2008/12/22:09:00 AC12830287 COL:TD Changed Account Field 28 To 0.
2008/12/22:09:00 AC12830287 COL:TD Changed Account Field 29 To 0.
2009/01/02:08:01 AC12830287 COL:TD Changed Account Field 26 To 334.01.
64        RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit

Exhibit A                                                      MRS00003

```
JACKSON, JEHNAI                  SPOUSE:                        PH:
                                 SSN   :                        **AUXMASTER**
                                 LIC# :                         GOOD ADDRESS
DENVER, CO 80205                      REM CREDIT ONE BANK, N.A.
EMP                                   REM
ID  CO T     CLIENT          R LLS SC  DOR     DLP      SL  AMT REF    TOTAL
2009/01/02:08:01 AC12830287 COL:TD Changed Account Field 27 To 1.83.
2009/01/02:08:01 AC12830287 COL:TD Changed Account Field 28 To 0.
2009/01/02:08:01 AC12830287 COL:TD Changed Account Field 29 To 0.
2009/01/05:00:00 MA12830287 COL:S3 NO ANSWER
2009/01/05:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/05:08:12 MC12830287 COL:S3 ***REV***
2009/01/05:12:53 MC12830287 COL:S3 TR TTSANDY SD DB NT IN N SO LM2CB
2009/01/06:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/06:10:46 MC12830287 COL:S3 TR LMOM
2009/01/08:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/08:10:51 MC12830287 COL:S3 T4644 REP SD DB NT IN N SO LM2CB
2009/01/13:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/13:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/13:16:44 MC12830287 COL:S3 T4644 TT REP SD DB BZ ASKD TO CALL BAK
2009/01/13:16:45 MC12830287 COL:S3 TR LMOM
2009/01/14:00:00 MA12830287 COL:S3 CONTACTED RESIDENCE SHE WAS NON-COMMITTAL
80        RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

```
JACKSON, JEHNAI                  SPOUSE:                        PH:
                                 SSN   :                        **AUXMASTER**
                                 LIC# :                         GOOD ADDRESS
DENVER, CO 80205                      REM CREDIT ONE BANK, N.A.
EMP                                   REM
ID  CO T     CLIENT          R LLS SC  DOR     DLP      SL  AMT REF    TOTAL
2009/01/14:17:14 MC12830287 COL:S3 T4644 TT DB MMQD INFRMD BIF SHE SD WUD B
                                   ABLE TO PAY $170-16TH JAN REST ON 1ST FEB INFRMD
                                   PROC FEE $2 GAVE 3R'S SD MITE USE DIFF DC SO SD
                                   WILL CALL BCK VERIFIED BY 6Y
2009/01/16:00:00 MA12830287 COL:S3 CONTACTED RESIDENCE SHE WAS NON-COMMITTAL

2009/01/16:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/16:12:33 MC12830287 COL:EP CREDIT CARD DECLINED FOR $170.00 : 1.16.2009
                                   : ACCT: 12830287 - BY: CORP-NJ/kirti.ovathu
2009/01/16:12:36 MC12830287 COL:S3 T4644 TT DB MMQD SHE SD SHE HAS TO GO ON
                                   A FUNERAL N GVE NEW DC INFO B4 2DAY NOON EOC
2009/01/16:16:32 MC12830287 COL:S3 T4644 TT REP SD DB BZ LM2CB
2009/01/17:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/17:11:23 MC12830287 COL:S3 TR LMOM
2009/01/19:00:00 MA12830287 COL:6Y NO ANSWER
2009/01/19:00:00 MA12830287 COL:S3 CONTACTED RESIDENCE SHE PROMISED $170
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
96        RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A

MRS00004

JACKSON, JEHNAI                     SPOUSE:                          PH:
                                    SSN    :                         **AUXMASTER**
                                    LIC#   :                         GOOD ADDRESS
DENVER, CO 80205                           REM CREDIT ONE BANK, N.A.
EMP                                        REM
ID  CO T      CLIENT           R LLS SC  DOR    DLP     SL  AMT REF    TOTAL
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
112       RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit

JACKSON, JEHNAI                     SPOUSE:                          PH:
                                    SSN    :                         **AUXMASTER**
                                    LIC#   :                         GOOD ADDRESS
DENVER, CO 80205                           REM CREDIT ONE BANK, N.A.
EMP                                        REM
ID  CO T      CLIENT           R LLS SC  DOR    DLP     SL  AMT REF    TOTAL
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$170.00 Prn:$168.17 Int:
                                   $1.
2009/01/19:12:01 MC12830287 COL:EP CREDIT CARD APPROVED FOR $170.00 : 1.19.2009
                               : ACCT: 12830287 - APC:00010704 - BY: CORP-NJ/kirti.
                               ovathu
2009/01/19:12:04 MC12830287 COL:S3 T4644 TT DB MMQD INFRMD WAS BOUT TO GVE
                               NEW INFO FOR $170-19TH JAN NO PROCC FEE GAVE 3R'S
                               VERIFIED BY 6Y
2009/01/19:14:52 MC12830287 COL:6Y $REW MNGR ROGER$LATE NOTES VRFD INFO W/
                               DB SD GTG
2009/01/20:08:52 AC12830287 COL:TD Changed Account Field 26 To 164.01.
2009/01/20:08:52 AC12830287 COL:TD Changed Account Field 27 To 4.75.
2009/01/20:08:52 AC12830287 COL:TD Changed Account Field 28 To 0.
2009/01/20:08:52 AC12830287 COL:TD Changed Account Field 29 To 0.
2009/01/31:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
128       RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit

Exhibit A                                                          MRS00005

```
JACKSON, JEHNAI                    SPOUSE:                        PH:
                                   SSN   :                        **AUXMASTER**
                                   LIC#  :                        GOOD ADDRESS
DENVER, CO 80205                         REM CREDIT ONE BANK, N.A.
EMP                                      REM
ID  CO T     CLIENT          R LLS SC  DOR    DLP      SL AMT REF    TOTAL
2009/01/31:00:00 MA12830287 COL:S3 OUT / LEFT MESSAGE WITH RESIDENCE
2009/01/31:13:03 MC12830287 COL:S3 TR LMOM
2009/01/31:13:04 MC12830287 COL:S3 T4644 REP SD DB NT IN WILL B BCK ON MNDA
2009/02/02:00:00 MA12830287 COL:6Y NO ANSWER
2009/02/02:10:26 MC12830287 COL:6Y $REW MNGR ROGER$/E MAIL SNT
2009/02/03:00:00 MA12830287 COL:1F CONTACTED RESIDENCE SHE WAS NON-COMMITTAL

2009/02/03:00:00 MA12830287 COL:X7 CONTACTED RESIDENCE SHE WAS NON-COMMITTAL

2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
144      RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

```
JACKSON, JEHNAI                    SPOUSE:                        PH:
                                   SSN   :                        **AUXMASTER**
                                   LIC#  :                        GOOD ADDRESS
DENVER, CO 80205                         REM CREDIT ONE BANK, N.A.
EMP                                      REM
ID  CO T     CLIENT          R LLS SC  DOR    DLP      SL AMT REF    TOTAL
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:00:00 TR12830287 COL:S3 CC Rt:44.00 Pmt:$168.76 Prn:$164.01 Int:
                                   $4.
2009/02/03:13:58 MC12830287 COL:EP CREDIT CARD APPROVED FOR $168.76 : 2.3.2009
                                   : ACCT: 12830287 - APC:00011804 - BY: CORP-NJ/kirti.
                                   ovathu
160      RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A

MRS00006



```
AnzioWin - DATS                                                              [_][#][X]
File Edit View Diagnose Communicate Transfer Help
JACKSON, JEHNAI              SPOUSE :██████          PH: ████████
                            SSN   : ███████          **AUXMASTER**
                            LIC#  :                  GOOD ADDRESS
DENVER, CO 80205
EMP  ████████                     REM CREDIT ONE BANK, N.A.
ID  CO T     CLIENT          R LLS SC  DOR    DLP     SL AMT REF    TOTAL
2009/02/03:20:56 MC12830287  COL:X7 ICC FROM DB MM AND CMD DB UPSET ABOUT MONEY
                             BEING TAKING OUT OF ACCT SAID SHE WANTS REFUND
                             NEVER AUTHORIZED FOR PAYMENT TO COME OUT TOLD HER
                             MAY BE ABLE TO PUT IT BACK ON CARD NOT SURE TOLD
                             HER TO CONTACT THE OHIO OFFICE FOR REFUND GAVE
                             NUM ENDED CALL
2009/02/03:21:07 MC12830287  COL:1F 1CC FROM X SD THAT SHE WAS UPSET ABOUT RUNNIN
                             G TODAY SD SHE WANTED IT TO RUN ON A DIF CARD AND
                             SD THAT SHE DIDNT AUTHORIZE US TO TAKE THE MONEY
                             AND IS VERY UPSET ADVISED I UNDERSTAND HER FRUSTRATI
                             ONS BUT WILL HAVE TO TT ACCT MNGR OR HER MNGR AND
                             TRY TO GET PYMNT STOPPED BC SHE TOLD ME IT WAS
                             STILL A PENDING CHARGE AND BANK WONT ALLOW HER
                             TO STOP IT GAVE HER # AND ACCT MNGR
2009/02/04:00:00 MA12830287  COL:6Y NO ANSWER
2009/02/04:00:00 MA12830287  COL:6Y NO ANSWER
2009/02/04:14:45 MC12830287  COL:6Y $REW MNGR ROGERS$/ICC#6488 TT DB EDUROC DB
176              RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
AnzioWin Demo                                     Auto IN: HELD
```

```
AnzioWin - DATS                                                              [_][#][X]
File Edit View Diagnose Communicate Transfer Help
JACKSON, JEHNAI              SPOUSE :██████          PH: ████████
                            SSN   : ███████          **AUXMASTER**
                            LIC#  :                  GOOD ADDRESS
DENVER, CO 80205 .
EMP  ████████                     REM CREDIT ONE BANK, N.A.
ID  CO T     CLIENT          R LLS SC  DOR    DLP     SL AMT REF    TOTAL
                             ON PIF SD NBO AS WANTS THE GET $$$ REVERSED ON
                             THE ACCNT SD NBO DB SD FINE ASKED FOR FAX BANK
                             STMNT SD FINE WILL FAX IT BY TOMMOROW EDUROC DB
                             ON NSF POLICY SD FINE WILL TAKE TIME BYE
2009/02/04:19:00 MC12830287  COL:6Y $REW MNGR ROGERS$/E MAIL SNT FOR REFUNF=DS
                             REQUEST
2009/02/05:00:00 MA12830287  COL:RA SKIPTRACE
2009/02/05:10:23 AC12830287  COL:EP SENT TO DIALER 02032009 08:55PM, DIALER:
                             MRS, FIELD: OSACBPHONE[], RESULT: CONNECTED CALL
                             HUNGUP
2009/02/05:10:24 AC12830287  COL:EP SENT TO DIALER 02032009 09:08PM, DIALER:
                             MRSOH, FIELD: OSACBPHONE[], RESULT: CONNECTED CALL
                             HUNGUP
2009/02/05:10:57 MC12830287  COL:RA **Finance Dept** Reviewed Refund Request:
                             CC $160.76 2/3 - WILL BE REFUNDED BY 3/3
2009/02/12:00:00 MA12830287  COL:6Y NO ANSWER
2009/02/12:12:26 MC12830287  COL:6Y $REW MNGR ROGERS$/ICC# UIN DB CLLD IN PTCH
192              RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
AnzioWin Demo                                     Auto IN: HELD
```

Exhibit A

MRS00007

```
JACKSON, JEHNAI              SPOUSE:                    PH:
                            SSN   :                        **AUXMASTER**
                            LIC# :                      GOOD ADDRESS
DENVER, CO 80205                  REM CREDIT ONE BANK, N.A.
EMP                               REM
ID  CO T      CLIENT         R LLS SC  DOR     DLP      SL  AMT REF    TOTAL
                            /TOLD DB ABT THE REFUND STSTUS DB WAS IRATE /DB
                            ASKING FOR TAX ID NUM SD BNNBO NO INFO DB HUHNY
2009/02/12:15:19 AC12830287 COL:TD Changed Account Field 26 To 170.05.
2009/02/12:15:19 AC12830287 COL:TD Changed Account Field 27 To 0.37.
2009/02/12:15:19 AC12830287 COL:TD Changed Account Field 28 To 0.
2009/02/12:15:19 AC12830287 COL:TD Changed Account Field 29 To 0.
2009/02/12:16:03 AC12830287 COL:TD Changed Account Field 26 To 170.05.
2009/02/12:16:03 AC12830287 COL:TD Changed Account Field 27 To 1.96.
2009/02/12:16:03 AC12830287 COL:TD Changed Account Field 28 To 0.
2009/02/12:16:03 AC12830287 COL:TD Changed Account Field 29 To 0.
2009/02/16:00:00 MA12830287 COL:S3 NO ANSWER
2009/02/17:00:00 MA12830287 COL:S3 NO ANSWER
2009/02/17:08:20 MC12830287 COL:S3 ***REV***
2009/02/24:12:27 AC12830287 COL:TD Changed Account Field 26 To 2.69.
2009/02/24:12:27 AC12830287 COL:TD Changed Account Field 27 To 0.01.
2009/02/24:12:27 AC12830287 COL:TD Changed Account Field 28 To 0.
2009/02/24:12:27 AC12830287 COL:TD Changed Account Field 29 To 0.
208          RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

```
JACKSON, JEHNAI              SPOUSE:                    PH:
                            SSN   :                        **AUXMASTER**
                            LIC# :                      GOOD ADDRESS
DENVER, CO 80205                  REM CREDIT ONE BANK, N.A.
EMP                               REM
ID  CO T      CLIENT         R LLS SC  DOR     DLP      SL  AMT REF    TOTAL
2009/02/28:00:00 MA12830287 COL:RA SKIPTRACE
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                            $4.
224          RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A

MRS00008

```
JACKSON, JEHNA1                    SPOUSE:                     PH: (
                                   SSN   :                          **AUXMASTER**
                                   LIC#  :                      GOOD ADDRESS
DENVER, CO 80205                       REM CREDIT ONE BANK, N.A.
EMP                                    REM
ID  CO T       CLIENT          R LLS SC  DOR     DLP      SL  AMT REF      TOTAL
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                               $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                               $4.
2009/02/28:00:00 TR12830287 COL:S3 CC Rt:44.00 Rev:$168.76 Prn:$164.01 Int:
                               $4.
2009/02/28:12:35 MC12830287 COL:RA **Finance Dept**REFUNDED THRU CC $168.76
                               2/3 ORDER#CDA967C2-498893BE-661-2DEFC////
2009/03/03:08:11 AC12830287 COL:TD Changed Account Field 13 To CANCELLED 030309.

2009/03/03:08:11 AC12830287 COL:TD Changed Account Field 17 To XYR.



234       RET-PgDn TAB-PgUp D-Down U-Up T-Top B-Botm S-Search P-Print Q-Quit
```

Exhibit A

MRS00009