IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00542-ZLW-CBS

JEHN-AI JACKSON,

    Plaintiff,

v.

M.R.S. ASSOCIATES INC., a New Jersey corporation, and
LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendants.
_____

**ORDER**
_____

In consideration of the Notice Of Dismissal With Prejudice As To Defendant LVNV Funding, LLC (Doc. No. 17; Aug. 10, 2009) and the Stipulation of Dismissal With Prejudice As To Defendant M.R.S. Associates Inc. (Doc. No. 18; Aug 10, 2009), it is

ORDERED that Defendants M.R.S. Assoicates Inc. and LVNV Funding, LLC are dismissed from this case with prejudice.  It is

FURTHER ORDERED that the Amended Complaint and cause of action are dismissed.

DATED at Denver, Colorado, this ___14th___ day of August, 2009.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court